# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LUCKY STOP L.L.C and MICHAEL LATER,

    Plaintiffs,

vs.

SMALL BUSINESS ADMINISTRATION,

    Defendant.

Case No. 2:17-cv-02342-APG-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated September 7, 2017 required the parties to file a Joint Status Report no later than October 7, 2017. *See* ECF No. 2. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **November 3, 2017**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 26th day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge