STEVEN W. MYHRE
Acting United States Attorney
MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: mark.woolf@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUCKY STOP L.L.C., a Nevada Limited Liability Company; MICHAEL LATER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SMALL BUSINESS ADMINISTRATION, a United States Government Agency, DOES Defendants 1-10 and ROES Defendants 1-10,<br><br>Defendant. | Case No: 2:17-cv-02342-APG-GWF<br><br>**STIPULATION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of the complaint, with prejudice, in this matter.

Respectfully submitted this 18th day of December 2017.

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Mark E. Woolf*
MARK E. WOOLF
Assistant United States Attorney

LAW OFFICES OF MICHAEL M. LATER

*/s/ Michael M. Later*
MICHAEL M. LATER
Attorney for Plaintiff Lucky Stop LLC
and *Pro Se* for Michael M. Later

**IT IS SO ORDERED.**

Andrew P. Gordon
United States District Judge

Dated: 12/19/2017

1